# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Bernard Johnston Jr., aka Robert B. Johnston, Jr., aka Robert Johnston, Jr., aka Robert Johnston, aka Robert Bernard Johnston<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 25-23417 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
24 Dec 2025, 12:09:10, EST

Denise Carlon, Esq. (317226) ☑
Matthew Fissel, Esq. (314567) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com