**Form 319**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert Bernard Johnston Jr.** | : | Case No. 25–23417–GLT |
| **aka Robert B. Johnston Jr., aka Robert** | : | |
| **Johnston Jr., aka Robert Bernard Johnston,** | : | Chapter: 7 |
| **and others...** | : | |
| *Debtor(s)* | : | |
| | : | |

**<u>ORDER</u>**

In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)(4)(A)* requires an individual Debtor to file a ***Certificate of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

In this case, the Debtor(s) failed to timely file a ***Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

***AND NOW***, this ***The 13th of April, 2026***, it is hereby ***ORDERED, ADJUDGED and DECREED*** that at the appropriate time, the case shall be closed without an entry of a discharge order.

Dated: April 13, 2026

cm: Debtor

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 25-23417-GLT

Robert Bernard Johnston, Jr.                                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: Apr 13, 2026                       Form ID: 319                                  Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Robert Bernard Johnston, Jr., 1102 Maple Avenue, Verona, PA 15147-1804 |
| 16619385 | + | The Reformed Presbyterian Home, 535 Smithfield Street, Pittsburgh, PA 15222-2393 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 14 2026 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 14 2026 00:29:51 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 14 2026 00:22:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16619377 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 14 2026 00:23:00 | BRCLYSBANKDE, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 16619378 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2026 00:29:50 | CAPITAL ONE, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16619379 | ^ | MEBN | Apr 14 2026 00:18:14 | CITIZNSBNKNA, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 16619380 | + | Email/Text: mrdiscen@discover.com | Apr 14 2026 00:22:00 | DISCOVERCARD, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16619386 | + | Email/Text: bankruptcycourts@equifax.com | Apr 14 2026 00:23:00 | Equifax Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 16619387 | ^ | MEBN | Apr 14 2026 00:17:49 | Experian Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 16619381 | + | Email/Text: EBNBKNOT@ford.com | Apr 14 2026 00:23:00 | FRD MOTOR CR, Pob 542000, Omaha, NE 68154-8000 |
| 16619382 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2026 00:30:03 | JPMCB CARD, Po Box 15369, Wilmington, DE 19850-5369 |
| 16619383 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 14 2026 00:23:00 | LOANCARE LLC, 3637 Sentara Way Suite 303, Virginia Beach, VA 23452-4262 |
| 16619384 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 00:30:00 | THD/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16619388 | ^ | MEBN | Apr 14 2026 00:17:46 | Transunion Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Apr 13, 2026

Form ID: 319

Total Noticed: 16

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Debtor Robert Bernard Johnston  Jr. chad@cvhlawgroup.com, Chad@cvhlawgroup.com,chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447,eve |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6