Certificate Number: 05781-PAW-DE-041104090

Bankruptcy Case Number: 25-23417



05781-PAW-DE-041104090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2026, at 1:15 o'clock AM PDT, Robert Johnston completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    June 17, 2026                          By:      /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:    President