**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
www.pawb.uscourts.gov

IN RE:

|  |  |  |
|---|---|---|
| | : | |
| ROBERT BERNARD JOHNSTON, JR., | : | Case No. 25-23417-GLT |
| *Debtor(s)* | : | Chapter 7 |
| | : | |
| ROBERT BERNARD JOHNSTON, JR., | : | Related to Document No. 36 |
| *Movant,* | : | |
| | : | Hearing Date & Time |
| v. | : | 7/30/2026 @ 11:00 AM |
| | : | |
| Respondent(s) | : | |
| No Respondent(s) | : | |

## NOTICE TO WITHDRAW DOCUMENT DKT. NO. #36

The Debtor, by and through undersigned counsel, files this Notice to Withdraw Document

at Dkt. No. #36.

Respectfully submitted this 24th day of June, 2026

By: /s/ Chad Van Horn
Chad Van Horn, Esq.
Attorney for Debtor(s)

VAN HORN LAW GROUP, P.A.
5001 Baum Blvd Ste 417
Pittsburgh, PA 15213
(412) 399-0000
FL Bar 64500
Chad@cvhlawgroup.com