**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
www.pawb.uscourts.gov

IN RE:

|  |  |  |
|---|---|---|
|  | : |  |
| ROBERT BERNARD JOHNSTON, JR., | : | Case No. 25-23417-GLT |
| *Debtor(s)* | : | Chapter 7 |
|  | : |  |
| ROBERT BERNARD JOHNSTON, JR., | : | Related to Document No. 35 |
| *Movant,* | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| Respondent(s) | : |  |
| No Respondent(s) | : |  |

**CERTIFICATE OF SERVICE OF ORDER SETTING HEARING ON THE
MOTION TO VACATE & MOTION FOR DISCHARGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on June 24, 2026 in the manner so indicate:

**VIA CM/ECF**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com, btemple@metzlewis.com

Matthew Fissel on behalf of Creditor LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Jeffrey Hunt on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov

Crystal H. Thornton-Illar cthornton-illar@leechtishman.com, PA95@ecfcbis.com;dbender@leechtishman.com

**VIA USPS First-Class Mail**
To all others on the attached mailing matrix.

EXECUTED ON: June 24, 2026

By: /s/ Chad Van Horn
Chad Van Horn, Esq.
Attorney for Debtor(s)

**PAWB Local Form 7 (07/13)**

VAN HORN LAW GROUP, P.A.
5001 Baum Blvd Ste 417
Pittsburgh, PA 15213
(412) 399-0000
FL Bar 64500
Chad@cvhlawgroup.com

Label Matrix for local noticing
0315-2
Case 25-23417-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Jun 18 17:48:59 EDT 2026

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

BRCLYSBANKDE
P.o. Box 8803
Wilmington, DE 19899-8803

CAPITAL ONE
Po Box 31293
Salt Lake City, UT 84131-0293

CITIZNSBNKNA
6 Corporate Drive
Shelton, CT 06484-6270

DISCOVERCARD
Po Box 30939
Salt Lake City, UT 84130-0939

Equifax Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374-0241

Experian Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

FRD MOTOR CR
Pob 542000
Omaha, NE 68154-8000

JPMCB CARD
Po Box 15369
Wilmington, DE 19850-5369

LOANCARE LLC
3637 Sentara Way Suite 303
Virginia Beach, VA 23452-4262

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

THD/CBNA
Po Box 6497
Sioux Falls, SD 57117-6497

The Reformed Presbyterian Home
535 Smithfield Street
Pittsburgh, PA 15222-2393

Transunion Attn: Bankruptcy Dept.
P.O. Box 1000
Crum Lynne, PA 19022

Chad T Van Horn
Van Horn Law Group P.A.
500 NE 4th Street
Ste 200
Fort Lauderdale, FL 33301-1163

Crystal H. Thornton-Illar
LEECHTISHMAN
525 William Penn Place
28th Floor
Pittsburgh, PA 15219-1728

Robert Bernard Johnston Jr.
1102 Maple Avenue
Verona, PA 15147-1804

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21