**Form 404**

<table>
<tr><td></td><td>**UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF PENNSYLVANIA**</td><td>35 − 34</td></tr>
</table>

In re:

Bankruptcy Case No.: 25−23417−GLT
Related to Docket No. 34
Chapter: 7
Hearing Date: 7/30/26 at 11:00 AM

**Robert Bernard Johnston Jr.**
**aka Robert B. Johnston Jr., aka Robert Johnston Jr., aka Robert Bernard Johnston, and others...**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                   **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                       (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By: _____
        (Signature)

        _____
        Typed Name

        _____
        Address

        _____
        Phone No.

        _____
        List Bar I.D. and State of Admission

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 25-23417-GLT |
|---|---|
| Robert Bernard Johnston, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: 404 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID              Recipient Name and Address**
db                  + Robert Bernard Johnston, Jr., 1102 Maple Avenue, Verona, PA 15147-1804

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name                          Email Address**

Chad T Van Horn
                              on behalf of Debtor Robert Bernard Johnston  Jr. chad@cvhlawgroup.com, chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai

Crystal H. Thornton-Illar
                              cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Jeffrey Hunt
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
                              on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
                              on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

District/off: 0315-2                              User: auto                                    Page 2 of 2

Date Rcvd: Jun 24, 2026                          Form ID: 404                                  Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov


TOTAL: 6