Form 600

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert Bernard Johnston Jr.** | : | Case No. 25−23417−GLT |
| **aka Robert B. Johnston Jr., aka Robert Johnston Jr.,** | : | Chapter: 7 |
| **aka Robert Bernard Johnston, and others...** | : | |
| *Debtor(s)* | : | |
| | : | |
| Robert Bernard Johnston, Jr. | : | |
| *Movant(s),* | : | Related to Document No. 34 |
| | : | |
| v. | : | Hearing Date: 7/30/26 at 11:00 AM |
| No Respondent | : | |
| *Respondent(s).* | : | |

### ORDER SCHEDULING DATES FOR RESPONSE
### AND HEARING ON MOTION

*AND NOW,* this *The 24th of June, 2026*, a *Motion to Vacate order Authorizing Case to Be Closed Without Discharge of Debts and for Entry of Discharge* having been filed at Doc. No. 34 by the Debtor,

It is hereby *ORDERED, ADJUDGED and DECREED* that:

(1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall *IMMEDIATELY* serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. *Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.*

(2)   *On or before July 11, 2026,* any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3)   This *Motion* is scheduled for an in−person non−evidentiary hearing on *July 30, 2026* at *11:00 AM* before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. *To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L Taddonio refer to the calendar section.* In the event a default order has been entered, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy *IMMEDIATELY*.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm:  Bernard Johnston, Jr.
Chad Van Horn, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 25-23417-GLT

Robert Bernard Johnston, Jr.                                                          Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: 600 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +   Robert Bernard Johnston, Jr., 1102 Maple Avenue, Verona, PA 15147-1804

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name                          Email Address**

Chad T Van Horn
                              on behalf of Debtor Robert Bernard Johnston  Jr. chad@cvhlawgroup.com,
                              chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.
                              glade.ai

Crystal H. Thornton-Illar
                              cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Jeffrey Hunt
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
                              on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
                              on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

District/off: 0315-2                                    User: auto                                         Page 2 of 2
Date Rcvd: Jun 24, 2026                                 Form ID: 600                                       Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6