FILED
6/24/26 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ROBERT BERNARD JOHNSTON, JR., | : | Case No. 25-23417-GLT |
| *Debtor(s)* | : | Chapter 7 |
| | : | |
| ROBERT BERNARD JOHNSTON, JR., | : | |
| *Movant*, | : | |
| | : | |
| v. | : | Related to Document No. 32 |
| | : | |
| Respondent(s) | : | |
| Crystal H. Thornton-Illar | : | |
| Trustee | : | |

### ORDER OF COURT

AND NOW, this _24th Day of June_ , 2026, upon consideration of the Debtor's

*Motion to Reopen to Obtain Discharge pursuant to 11 U.S.C. § 350(b).*, it is hereby **ORDERED**

that:

1. The Debtor's bankruptcy case **REOPENED**.

2. The Debtor shall, within ten (10) days of the entry of this Order, file a motion seeking

   to vacate the Order entered at Docket No. 21 closing the case without the entry of a

   discharge.

By the Court,

Gregory L. Taddonio        **drb**
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 25-23417-GLT

Robert Bernard Johnston, Jr.                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Bernard Johnston, Jr., 1102 Maple Avenue, Verona, PA 15147-1804 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16619385 | + | The Reformed Presbyterian Home, 535 Smithfield Street, Pittsburgh, PA 15222-2393 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 25 2026 00:53:22 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 25 2026 00:41:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16619377 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 25 2026 00:41:00 | BRCLYSBANKDE, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 16619378 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 00:53:22 | CAPITAL ONE, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16619379 | ^ | MEBN | Jun 25 2026 00:38:22 | CITIZNSBNKNA, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 16619380 | + | Email/Text: mrdiscen@discover.com | Jun 25 2026 00:41:00 | DISCOVERCARD, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16619386 | + | Email/Text: bankruptcycourts@equifax.com | Jun 25 2026 00:41:00 | Equifax Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 16619387 | ^ | MEBN | Jun 25 2026 00:38:01 | Experian Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 16619381 | + | Email/Text: EBNBKNOT@ford.com | Jun 25 2026 00:42:00 | FRD MOTOR CR, Pob 542000, Omaha, NE 68154-8000 |
| 16619382 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 25 2026 00:53:06 | JPMCB CARD, Po Box 15369, Wilmington, DE 19850-5369 |
| 16619383 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 25 2026 00:41:00 | LOANCARE LLC, 3637 Sentara Way Suite 303, Virginia Beach, VA 23452-4262 |
| 16619384 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 01:03:52 | THD/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16619388 | ^ | MEBN | Jun 25 2026 00:37:59 | Transunion Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 13

District/off: 0315-2                        User: auto                                Page 2 of 2
Date Rcvd: Jun 24, 2026                     Form ID: pdf900                      Total Noticed: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason   Name and Address**
cr                               LAKEVIEW LOAN SERVICING, LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Chad T Van Horn

on behalf of Debtor Robert Bernard Johnston  Jr. chad@cvhlawgroup.com, chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai

Crystal H. Thornton-Illar

cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Jeffrey Hunt

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6