FILED
6/25/26 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
www.pawb.uscourts.gov

IN RE:                                          :

ROBERT BERNARD JOHNSTON, JR.,    :        Case No. 25-23417-GLT
   *Debtor(s)*                                  :        Chapter 7
                                                :
ROBERT BERNARD JOHNSTON, JR.,    :        Related to Document No. 36 & 37
   *Movant,*                                    :
                                                :        Hearing Date & Time
   v.                                           :        7/30/2026 @ 11:00 AM
                                                :
Respondent(s)                                   :
         No Respondent(s)                       :


### NOTICE TO WITHDRAW DOCUMENT DKT. NO. #36

The Debtor, by and through undersigned counsel, files this Notice to Withdraw Document

at Dkt. No. #36.

Respectfully submitted this 24th day of June, 2026

                                   By: /s/ Chad Van Horn
                                   Chad Van Horn, Esq.
                                   Attorney for Debtor(s)

                                   VAN HORN LAW GROUP, P.A.
                                   5001 Baum Blvd Ste 417
                                   Pittsburgh, PA 15213
                                   (412) 399-0000
                                   FL Bar 64500
                                   Chad@cvhlawgroup.com


SO ORDERED
June 25, 2026

drb

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 25-23417-GLT

Robert Bernard Johnston, Jr.                                                                          Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

**Recip ID               Recipient Name and Address**
db                       +  Robert Bernard Johnston, Jr., 1102 Maple Avenue, Verona, PA 15147-1804

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

**Name                          Email Address**

Chad T Van Horn
                              on behalf of Debtor Robert Bernard Johnston  Jr. chad@cvhlawgroup.com,
                              chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai

Crystal H. Thornton-Illar
                              cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Jeffrey Hunt
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
                              on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
                              on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

District/off: 0315-2                           User: auto                                  Page 2 of 2
Date Rcvd: Jun 25, 2026                        Form ID: pdf900                             Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6