FILED
7/30/26 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-23417-GLT |
| | : | Chapter: | 7 |
| Robert Bernard Johnston, Jr. | : | | |
| | : | | |
| | : | Date: | 7/30/2026 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

-

*MATTER:*    #34 - Motion to Vacate Order Authorizing Case to be Closed
Without Discharge, in addition to Motion For Discharge
[Response due 7/11/2026]

*APPEARANCES*:
         Debtor:    Stephanie Roache

[11:01]
*NOTES:*

Roache: Debtor has completed the financial management course.

Court: The Debtor didn't take the course until June 17, 2026?

Roache: We sent multiple emails and we do remind the Debtors. Unfortunately they don't get to it.

*OUTCOME:*

         1. For the reasons stated on the record at the July 22, 2026 hearing, the *Motion to Vacate Order Authorizing Case to be Closed Without Discharge, in Addition to Motion For Discharge* [Dkt. No. 34] is **GRANTED**. The Debtor is granted an extension of time to file the certificate of completion and the Clerk of Court is authorized to enter a discharge. [DB to enter proposed order at Dkt. No. 34]

**DATED:**  7/30/2026