FILED
7/30/26 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ROBERT BERNARD JOHNSTON, JR., | : | Case No. 25-23417-GLT |
| *Debtor(s)* | : | Chapter 7 |
| | : | |
| ROBERT BERNARD JOHNSTON, JR., | : | |
| *Movant*, | : | |
| | : | |
| v. | : | Related to Document No. 34 |
| | : | |
| Respondent(s) | : | |
| No Respondent(s) | : | |

### AMENDED ORDER OF COURT

AND NOW, this __ 30th Day of July          _, 2026, upon consideration of the Debtor's *Motion to Vacate Order Authorizing Case to Be Closed Without Discharge of Debts and For Entry of Discharge*, it is hereby **ORDERED** that:

1.  The motion is **GRANTED**.

2.  The Order Authorizing Case to Be Closed Without Discharge of Debts Signed on 4/13/2026 (Dkt. No 21) is **VACATED.**

3.  The Debtor is granted an extension of time to file his certificate of completion of the financial management course through June 24, 2026.

4.  The Clerk is authorized to process the Debtor's Chapter 7 discharge, assuming all other requirements have been finished.

5   Upon Entry of the Debtors discharge,t he Clerk shall close this case.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23417-GLT |
| Robert Bernard Johnston, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert Bernard Johnston, Jr., 1102 Maple Avenue, Verona, PA 15147-1804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Debtor Robert Bernard Johnston  Jr. chad@cvhlawgroup.com, chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |

District/off: 0315-2                    User: auto                                Page 2 of 2
Date Rcvd: Jul 30, 2026                 Form ID: pdf900                        Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6